52 A.3d 220

BENEFICIAL MUTUAL SAVINGS BANK, Respondent

v.

GELT FINANCIAL CORPORATION, H. Jack Miller, M. Ari Miller a/k/a Ari Miller and Uri Shoham, Petitioners.

No. 100 EM 2012.

Supreme Court of Pennsylvania.

Aug. 31, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**